**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 09-cv-01935-PAB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** November 17, 2009 | **Courtroom Deputy:** Linda Kahoe |

MATTHEW DENNING,                         David Michael Larson

    Plaintiff,

v.

ALLIED INTERSTATE, Inc.,                 Tasha Jane Power

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       11:38 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   The Stipulated Motion for Entry of Protective Order, doc #[14], filed 11/12/2009 is **GRANTED.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **JANUARY 8, 2010**

Discovery Cut-off:  **MARCH 1, 2010**

Dispositive Motions deadline:  **APRIL 1, 2010**

Parties shall designate affirmative experts **on or before JANUARY 8, 2010**

Parties shall designate rebuttal experts **on or before FEBRUARY 8, 2010**

Each party shall be limited to 2 expert witnesses, absent leave of court.

Each party shall be limited to 10 depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than JANUARY 29, 2010**.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The

Court will instruct counsel at that time as to whether or not to file a discovery motion.

**FINAL  PRETRIAL CONFERENCE**  is set for **JUNE 7, 2010 at 9:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a 4 day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:       11:49 p.m.**
Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.